IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| RICHARD TODD WILLIAMS, | Case No. 1:21-cv-423 |
| Petitioner, | Judge Matthew W. McFarland |
| v. | |
| WARDEN, LONDON CORRECTIONAL INSTITUTION, | |
| Respondent. | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS (Doc. 20)

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Karen L. Litkovitz (Doc. 20), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court **ADOPTS** said Report and Recommendations in its entirety. Accordingly, the Court **ORDERS** the following:

(1) Respondent's Motion to Change Venue (Doc. 15) is **DENIED**; and

(2) Respondent **SHALL FILE** a return of writ within sixty **(60) days** of this Order in accordance with the Court's Order for Answer (Doc. 5), filed on June 29, 2021.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND